Monte J. White & Associates, P.C.
Monte J. White
1106 Brook Ave, Hamilton Place
Wichita Falls, TX 76301
(940)723-0099
(940)723-0096 Fax

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| IN RE: | § |
| Scott James Carter | § CASE NO. 09-70465-HDH-13 |
| | § |
| | § |
| DEBTOR(S) | § |

DEBTOR'S OBJECTION TO ALLOWANCE OF CLAIM
OF Four Star Motors (Claim # 4)

Debtor in the above-entitled cause files this Objection to the Claim filed in this matter by Four Star Motors and respectfully show the Court as follows:

1. On or about October 1, 2009, Four Star Motors filed a purported Proof of Claim ( Claim #4) for $5,566.86.

2. Claimant filed a duplicate proof of claim. The claim was not marked as an amendment or replacement of any other claim.

3. The claim that was duplicated was filed by Four Stars Motors (Claim #3) on October 1, 2009, for $5,566.86.

FOR THESE REASONS, Debtor requests that the claim of Four Star Motors (Claim #4) filed on October 1, 2009 is disallowed and for additional or alternative relief as may be just and proper.

Respectfully submitted,

/s/Monte J. White
Attorney for Debtor(s)

IMPORTANT NOTICE

PURSUANT TO LOCAL BANKRUPTCY RULE 9007, YOU ARE HEREBY NOTIFIED THAT NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT ON OR BEFORE THIRTY (30) DAYS FROM THE DATE OF SERVICE HEREOF.

ANY RESPONSE MUST BE FILED WITH THE CLERK, AND A COPY MUST BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED A HEARING WILL BE HELD WITH NOTICE TO (1) THE DEBTOR AND DEBTOR'S ATTORNEY; (2) THE OFFICE OF THE U.S. TRUSTEE; (3)ANY TRUSTEE AND THE TRUSTEE'S ATTORNEY; (4) THE MEMBERS OF ANY OFFICIAL COMMITTEE, OR THE

ATTORNEY FOR ANY OFFICIAL COMMITTEE IF AN ATTORNEY HAS BEEN EMPLOYED; OR, IF THERE IS NO COMMITTEE, THE TWENTY (20) LARGEST UNSECURED CREDITORS; (5) ANY PARTY REQUESTING NOTICE; (6) ANY PARTY NAMED ON A COURT-APPROVED ALTERNATIVE SERVICE LIST; (7) THE RESPONDING PARTIES; AND (8) ANY OTHER AFFECTED ENTITY.

IF NO HEARING ON SUCH NOTICE OR MOTION INITIATING A CONTESTED MATTER IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN.

## CERTIFICATE OF SERVICE

The undersigned hereby certified that on October 22, 2009, a true and correct copy of the foregoing was served on the following parties in interest:

CHAPTER 13 TRUSTEE
Mr. Walter O'Cheskey
6308 Iola
Lubbock, TX  79424

DEBTORS
Scott James Carter
PO Box 491
Bryson, TX 76427

U.S. TRUSTEE
William T. Neary
1100 Commerce, Rm. 9C60
Dallas, Texas 75242

CREDITOR
Four Star Motors
PO Box 210
Henrietta, TX  76365

CREDITOR ATTORNEY
None Listed

/s/ Monte J. White