IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

Page 1

| | | |
|---|---|---|
| SCOTT JAMES CARTER | Date 01/13/2010 | Debtor Attorney<br>MONTE J WHITE |
| PO BOX 491 | Case Number 09-70465-HDH-13 | ATTORNEY AT LAW<br>1106 BROOK AVE HAMILTON PLACE |
| BRYSON TX 76427 | 90 Day Bar Date 01/14/2010<br>Govt Bar Date 03/16/2010 | WICHITA FALLS,TX 76301-0000 |

### TRUSTEE'S NOTICE OF CLAIMS FILED AND NOT FILED

NOTICE IS HEREBY GIVEN of claims filed and not filed by the creditors listed below. The above referenced case has just passed the 90 day bar date (deadline for filing claims) provided by Rule 3002(c). "NOT FILED" is shown in claim classification column if the creditor has not filed a claim. Pursuant to Rule 3004 the debtor may file claims on behalf of the creditors below who have not yet filed claims. Please note that BankruptcyCode Section 502(b)(9) and Bankruptcy Rule 3002(c)(1), may allow additional time for a governmental unit to file a proof of claim.

| | Creditor | Date Filed | Account# | Scheduled | Claim Amount | Class |
|---|---|---|---|---|---|---|
| 001-0 | MONTE J WHITE<br>ATTORNEY AT LAW<br>1106 BROOK AVE HAMILTON PLACE<br>WICHITA FALLS,TX 76301-0000 | | | 0.00 | 2,699.00 | Legal |
| 001-1 | MONTE J WHITE<br>ATTORNEY AT LAW<br>1106 BROOK AVE HAMILTON PLACE<br>WICHITA FALLS,TX 76301-0000 | | | | 301.00 | Legal |
| 003-0 | INTERNAL REVENUE SERVICE<br>PO BOX 21125<br>PHILADELPHIA,PA 19114- | 09/28/2009 | xxxxX170 | 17,025.22 | 9,745.66 | Priority |
| | POC FILED MUCH LESS THAN SCHEDULED, CHECK PAYMENT AMOUNT | | | | | |
| 004-0 | US ATTORNEY<br>ATTORNEY IN CHARGE<br>1100 COMMERCE 3RD FLOOR<br>DALLAS,TX 75242-1699 | | | 0.00 | 0.00 | Notice Only |
| 005-0 | US ATTORNEY GENERAL<br>10TH ST & CONSTITUTION AVE<br>WASHINGTON,DC 20530-0000 | | | 0.00 | 0.00 | Notice Only |
| 006-0 | OFFICE OF THE CH13 TRUSTEE<br>6308 IOLA AVENUE<br>LUBBOCK,TX 79424- | | | 0.00 | 90.24 | Admin |
| 007-0 | UNITED STATES ATTORNEY<br>801 CHERRY STREET UNIT 4<br>FT WORTH,TX 76102-6882 | | | 0.00 | 0.00 | Notice Only |
| 008-0 | FOUR STAR MOTORS<br>PO BOX 210<br>HENRIETTA,TX 76365-0000 | 10/05/2009 | 268C | 5,566.86 | 5,566.86 | Secured |
| 009-0 | JACK CAD<br>2323 BRYAN STREET SUITE 1600<br>DALLAS,TX 75201- | 12/16/2009 | xxxxxxxxxxxxxxxx0000 | 727.00 | 401.76 | Secured |
| | POC FILED $325.24 LESS THAN SCHEDULED, CHECK PAYMENT AMOUNT | | | | | |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

Page 2

In RE: SCOTT JAMES CARTER  Case Number 09-70465-HDH-13  1/13/2010

| | Creditor | Date Filed | Account# | Scheduled | Claim Amount | Class |
|---|---|---|---|---|---|---|
| 010-0 | GENCO FEDERAL CREDIT UNION<br>PO BOX 7246<br>WACO,TX 76714-0000 | | 2722 | 4,355.29 | 0.00 | Secured<br>Surrendered |
| 011-0 | SHASTA COUNTY TAX COLLECTOR<br>PO BOX 99-1830<br>REDDING,CA 96099-1830 | 10/22/2009 | xxxxxx6-92 | 0.00 | 865.53 | Unsecured |
| 011-1 | SHASTA COUNTY TAX COLLECTOR<br>PO BOX 99-1830<br>REDDING,CA 96099-1830 | 10/22/2009 | xxxxxx6-92 | | 0.00 | Notice Only |
| 012-0 | STATE OF CALIFORNIA<br>FRANCHISE TAX BOARD<br>PO BOX 942867<br>SACRAMENTO,CA 94267-0001 | | 0590 | 1,714.00 | 0.00 | Priority<br>Not Filed |
| 013-0 | BANK OF AMERICA<br>4161 PIEDMONT PKWY<br>GREENSBORO,NC 27410-0000 | | 0510 | 9,645.00 | 0.00 | Unsecured<br>Not Filed |
| 014-0 | BANK OF AMERICA<br>4161 PIEDMONT PKWY<br>GREENSBORO,NC 27410-0000 | | 6457 | 15,007.00 | 0.00 | Unsecured<br>Not Filed |
| 015-0 | BANK OF THE WEST<br>ATTN BANKRUPTCY<br>1450 TREAT BLVD<br>WALNUT CREEK,CA 94597- | | 0852 | 13,441.00 | 0.00 | Unsecured<br>Not Filed |
| 016-0 | CAPITAL ONE<br>6125 LAKEVIEW ROAD, STE 800<br>CHARLOTTE,NC 28269- | | 1533 | 21,035.64 | 0.00 | Unsecured<br>Not Filed |
| 017-0 | CREDIT PROTECTION<br>13355 NOEL RD STE 2100<br>DALLAS,TX 75240-0000 | | 7284 | 452.00 | 0.00 | Unsecured<br>Not Filed |
| 018-0 | JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD,MN 56302-9617 | | 8502 | 12,540.55 | 0.00 | Unsecured<br>Not Filed |
| 019-0 | FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO,CA 95812-2952 | 10/30/2009 | xxxxx4965 | 2,137.64 | 2,346.21 | Unsecured |
| 020-0 | NCO FINANCIAL SYSTEMS<br>PO BOX 41448<br>PHILADELPHIA,PA 19101- | | 3711 | 10,951.00 | 0.00 | Unsecured<br>Not Filed |
| 021-0 | NCO MEDCLR<br>PO BOX 41448<br>PHILADELPHIA,PA 19101- | | 1704 | 91.00 | 0.00 | Unsecured<br>Not Filed |
| 022-0 | PINNACLE CREDIT SERVICE<br>7900 HWY 7 #100<br>SAINT LOUIS PARK,MN 55426-4049 | | 4225 | 12,517.00 | 0.00 | Unsecured<br>Not Filed |

Continued on Next Page

In RE: SCOTT JAMES CARTER     Case Number   09-70465-HDH-13    1/13/2010

| | Creditor | Date Filed | Account# | Scheduled | Claim Amount | Class |
|---|---|---|---|---|---|---|
| 023-0 | PINNACLE CREDIT SERVICE<br>7900 HWY 7 #100<br>SAINT LOUIS PARK,MN 55426-4049 | | 5896 | 145.00 | 0.00 | Unsecured<br>Not Filed |
| 024-0 | PROGRESSIVE INSURANCE<br>PO BOX 52677<br>PHOENIX,AZ 85072- | | 7616 | 453.12 | 0.00 | Unsecured<br>Not Filed |
| 025-0 | RELIANT ENERGY<br>PO BOX 4932<br>HOUSTON,TX 77210- | | 1704 | 600.00 | 0.00 | Unsecured<br>Not Filed |
| 026-0 | TRIAD FINANCIAL CORPORATION<br>5201 RUFE SNOW DRIVE<br>NORTH RICHLAND HILLS,TX 76180- | 09/29/2009 | xxxxxx2087 | 11,000.00 | 12,273.57 | Unsecured |
| 027-0 | AMANDA CARTER<br>PO BOX 491<br>BRYSON,TX 76427-0491 | | | 0.00 | 0.00 | Notice Only |
| 028-0 | ROAD LOANS.COM<br>5201 RUFE SNOW DRIVE #400<br>NORTH RICHARD HILLS,TX 76180- | | | 0.00 | 0.00 | Notice Only |
| 029-0 | MARLIN MEDCLR INOVISION<br>507 PRUDENTIAL ROAD<br>HORSHAM,PA 19044-2308 | | | 0.00 | 0.00 | Notice Only |
| 030-0 | INTERNAL REVENUE SERVICE<br>PO BOX 21125<br>PHILADELPHIA,PA 19114- | 09/28/2009 | xxxxX170 | 6,855.00 | 5,000.00 | Secured |
| 030-1 | INTERNAL REVENUE SERVICE<br>PO BOX 21125<br>PHILADELPHIA,PA 19114- | 09/28/2009 | xxxxX170 | | 1,855.00 | Unsecured |
| 031-0 | INTERNAL REVENUE SERVICE<br>PO BOX 21125<br>PHILADELPHIA,PA 19114- | 09/28/2009<br>NOT PROVIDED FOR IN PLAN | xxxxX170 | 0.00 | 1,130.61 | Unsecured |
| 032-0 | INTERNAL REVENUE SERVICE<br>PO BOX 21125<br>PHILADELPHIA,PA 19114- | 09/28/2009<br>NOT PROVIDED FOR IN PLAN | xxxxX170 | 0.00 | 6,148.95 | Unsecured |
| 033-0 | TRIAD FINANCIAL CORP<br>5201 RUFE SNOW DR STE 400<br>NORTH RICHLAND HILLS,TX 76180-6036 | | | 0.00 | 0.00 | Notice Only |
| 034-0 | FOUR STAR MOTORS<br>PO BOX 210<br>HENRIETTA,TX 76365-0000 | 10/05/2009 | 268C | 0.00 | 5,566.86 | Secured<br>Stay Lifted |
| 035-0 | JOHN MALONE<br>ATTORNEY AT LAW<br>1838 N VALLEY MILLS DRIVE<br>WACO,TX 76710- | | | 0.00 | 0.00 | Notice Only |

Continued on Next Page

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

Page 4

In RE: SCOTT JAMES CARTER  Case Number 09-70465-HDH-13  1/13/2010

| Creditor | Date Filed | Account# | Scheduled | Claim Amount | Class |
|---|---|---|---|---|---|
| 036-0 FRANCHISE TAX BOARD<br>SPECIAL PROCEDURES<br>PO BOX 2952<br>SACRAMENTO,CA 95812-2952 | | | 0.00 | 0.00 | Notice Only |
| 037-0 LINEBARGER GOGGAN BLAIR & SAMP<br>2323 BRYAN STREET SUITE 1600<br>DALLAS,TX 75201- | | | 0.00 | 0.00 | Notice Only |
| 038-0 JACK COUNTY<br>LINEBARGER GOGGAN BLAIR & SAMPSON<br>2323 BRYAN ST 1720 STE1600<br>DALLAS,TX 75201-2603 | | | 0.00 | 0.00 | Notice Only |
| 039-0 JACK CAD<br>2323 BRYAN STREET SUITE 1600<br>DALLAS,TX 75201- | 12/16/2009 | xxxxxxxx5655<br>NOT PROVIDED FOR IN PLAN, NEED TREATMENT | 0.00 | 11.15 | Secured |
| 851-0 INTERNAL REVENUE SERVICE<br>PO BOX 21126<br>PHILADELPHIA,PA 19114- | | | 0.00 | 0.00 | Notice Only |
| 899-0 WILLIAM T NEARY<br>UNITED STATES TRUSTEE<br>1100 COMMERCE STREET RM 976<br>DALLAS,TX 75242-0000 | | | 0.00 | 0.00 | Notice Only |
| 900-0 SCOTT JAMES CARTER<br>, | | | 0.00 | 0.00 | Dbtr Refund<br>Not Filed |

This notice is provided solely to inform Debtor(s) and Counsel of the filing status of claims at the bar date.

IT IS THE REPONSIBILITY OF DEBTOR(S) and COUNSEL TO TAKE APPROPRIATE LEGAL ACTION.

A true and correct copy of this Trustee's Notice of Claims Filed and Not Filed shall be retained in the Trustee's file in this case.

/s/ Walter O'Cheskey

----------------------------------------
Standing Bankruptcy Trustee